B-02-.029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
FEB 14 2002
Michael N. Milby
Clerk of Court

United States Courts
Southern District of Texas
FILED
JAN 25 2002 LF
Michael N. Milby, Clerk

Carlos A. Reyes

✓         H- 02-0287 CIVIL-ACTION

Anthony P. Trisiani


MEMORANDUM TO SUPPORT HABEAS CORPUS


United States District Court
Southern District of Texas
ENTERED
Jan. 08, 2002
Michael N. Milby, Clerk of Court
Civil Action No. B-01-211


MAGISTRATE JUDGE'S ANALYSIS, IN CASES where plaintiffs sue private actors, the Supreme Court has articulated two guideposts. First, any state action under the Fourteenth Amendment is action under color of law. Second, when the defendant is not a government employee, but somehow linked to the government, courts must question whether there was joint action; an intertwined

relationship, state encouragement, or a public function performed.

JUDGE FURTHER STATED, Plaintiff, therefore, cannot make a prima facie case under 42 U.S.C § 1983 and his cause of action should be dismissed. However, because Petitioner is pro se, his § 1983 claim should be dismissed and his claims should be construed as a 28 U.S.C. § 2254 Writ of habeas corpus on grounds of ineffective assistance of counsel. Petitioner's request to proceed in forma pauperis will be granted by separate order and the state will be ordered to respond.

## PARTIES TO THIS SUIT:

Plaintiff: Carlos A. Reyes #1028233
Jesse Dawson State Jail
P.O. Box 650675
Dallas, Texas 75265-0675


Defendant: Anthony P. Troiani, Attorney practices in Brownsville 700 Paredes Ave. Ste 106
Brownsville, Texas 78521

Plaintiff claims that Defendant, Anthony P. Troiani violated his civil rights under the fourteenth Amendment, on grounds of ineffective assistance of counsel.

Statement of Claim: Anthony P. Troiani was appointed to represent me by the courts in Brownsville Texas on 2/00. I advised Mr. Troiani of my innocense. Mr. Troiani promised to represent me to the best of his ability. Mr. Troiani failed to keep me updated on the status of my case. Attorney failed to advise client of his right to file P.D.R., Counsel failed to file motion for A New Trial, motion to Suppress And did not object to Admission of the evidence obtained in the illegal Search & Seizure. Attorney failed to uphold the oath he swore under thus displaying professional misconduct & legal malpractice that cost me my freedom.

Relief: I would like for the courts to look at the records & facts, seeing that Anthony P. Troiani did infact violate my constitutional rights. Further I pray that the courts will see that I'm entitled to relief in the form of: lost wages, mental anguish & hardship.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct, and that this Writ of Habeas Corpus was placed in the prison mailing system on January 21, 2002.

Executed on January 19, 2002 (date)

_Carlos A. Reyes_
SIGNATURE OF PETITIONER

Petitioner's current address:

Dawson State Jail
P.O. Box 650675
Dallas, TX. 75265