# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

v.

Carlos Alberto Reyes

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: B-02-029

I, __Carlos Alberto Reyes__, declare that I am the (check appropriate box)

- [ ] petitioner/plaintiff
- [x] movant (filing 28 U.S.C. 2254 motion)
- [ ] respondent/defendant
- [ ] _____ other

United States District Court
Southern District of Texas
FILED

MAR 22 2002

Michael N. Milby
Clerk of Court

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

I was unlawfully arrested - my 5th Amendment rights (due process) was violated - there was an illegal search and seizure - I did not receive effective assistance of Counsel.

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [ ]    No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.  7/9/2000
      $1400.00 per month

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]    No [x]
   b. Rent payments, interest or dividends?    Yes [ ]    No [x]
   c. Pensions, annuities or life insurance payments?    Yes [ ]    No [x]
   d. Gifts or inheritances?    Yes [ ]    No [x]
   e. Any other sources?    Yes [x]    No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*Family support — App. $1000.00 in last year*

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   *$108.00 (prison Account)*

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *Mr. & Mrs. Froylan — parents — they're old and I take care of all the business when I was there!*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3-19-02___                    ___Carlos A. Reyes___
              (Date)                              Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____  <br>United States Judge   Date | _____  _____  <br>United States Judge   Date<br>or Magistrate |

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL J
JD16/WGO7723               IN-FORMA-PAUPERIS DATA
TDCJ#: 01028233 SID#: 04603648 LOCATION: DAWSON ST                    00/00
NAME: REYES,CARLOS ALBERTO              BEGINNING B
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       108.19 TOT HOLD AMT:        0.                     25.00
6MTH DEP:          755.00 6MTH AVG BAL:        72.                    25.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGH                    TS
02/02      171.39           155.00       11/01
01/02       88.79           145.00       10/01
12/01       82.69           125.00       09/01
PROCESS DATE   HOLD AMOUNT      HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Dallas_
ON THIS THE __ DAY OF ~~Texas~~ __, __, I CERTIFY THAT
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMAT
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT.
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _1028233_

_Susana Reyna_
Notary

SUSANA REYNA
MY COMMISSION EXPIRES
August 27, 2005