IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| CARLOS ALBERTO REYES | § | |
|---|---|---|
| | § | CIVIL ACTION NO. B-01-175 |
| VS. | § | |
| | § | CIVIL ACTION NO. B-02-029 |
| JANIE COCKRELL, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION | § | |

## ORDER

Pending before the Court is a petition filed by Carlos Alberto Reyes ("Reyes") pursuant to 28 U.S.C. § 2254 in cause number C.A. B-01-175. Also pending before the Court is another petition filed by Reyes pursuant to 28 U.S.C. § 2254 in C.A. B-02-029. These two cases raise the same claims.

IT IS THEREFORE **ORDERED** that they be consolidated and that all pleadings be filed in C.A. B-01-175.

DONE at Brownsville, Texas, this 27th day of March, 2002.

John Wm. Black
United States Magistrate Judge